# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case Nos. 5D2025-1056
5D2025-1442
5D2025-2188
5D2025-2696
L.T. Case No. 2023-031828-FMCI

_____

HEATHER LOUISE BENDL,

    Appellant,

    v.

JUSTIN DERRICK SERLICK,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Sandra C. Upchurch, Judge.

Heather Louise Bendl, Edgewater, pro se.

No Appearance for Appellee.

March 5, 2026

PER CURIAM.

    AFFIRMED.

SOUD, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____